# UNITED STATES DISTRICT COURT
# District of Maine

| | |
|---|---|
| ENRIQUE ARJURO REYES-CABRERA, | ) ) ) |
| Plaintiff | ) ) Civil No. 10-295-B-S |
| v. | ) ) |
| U.S. ATTORNEY GENERAL, et al., | ) ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 22, 2010, her Recommended Decision (Docket No. 4). Plaintiff filed his Objection to the Recommended Decision (Docket No. 5) on August 6, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Petition for Writ of Habeas Corpus (Docket No. 1) is summarily **DISMISSED** because it must be brought in the district where Reyes-Cabrera is currently incarcerated.

/s/George Z. Singal
U.S. District Judge

Dated: August 13, 2010